UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNELL WILLIAMS,

    Plaintiff,

v.

H. WOODIN, et al.,

    Defendants.
_____/

Case No. 1:19-cv-721

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Stephan filed a motion for partial summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 2, 2020, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 30) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Partial Summary Judgment (ECF No. 18) is DENIED.

Dated: April 21, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge